IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JANIE D. COBB,                    )
                                  )
    Plaintiff,                    )
                                  )        CIVIL ACTION NO.
    v.                            )         2:10cv502-MHT
                                  )
STATE OF ALABAMA, et al.,         )
                                  )
    Defendants.                   )
```

### ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 45), to which no objection has been filed, is adopted.

(2) The plaintiff's motion for preliminary injunction and order (doc. no. 31) is denied.

(3) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 6th day of October, 2011.

　　　　　　　　　　　　　　　　／s／ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE