IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JANIE D. COBB        ., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:10-cv-502-MHT |
| | ) | [wo] |
| STATE OF ALABAMA, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On November 30, 2011, the magistrate judge issued a recommendation to which no timely objections were made. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The magistrate judge's recommendation (Doc. 47) is adopted.

2. Defendants' second motion to dismiss (doc. 29) is granted.

3. Plaintiff's Title VI claim is dismissed with prejudice against all defendants.

4. This case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 22nd day of December. 2011.

           /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE